UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 07MR3444-IEG |
| Plaintiff | ) | ~~07CR3395-JAH~~ |
| | ) | ORDER |
| vs. | ) | RELEASING MATERIAL WITNESS |
| Guillermo Espinosa-Delavara | ) | Booking No. |
| Defendant(s) | ) | |

On order of the United States District/Magistrate Judge, __Major__

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Gloria Roldan-Jacquez

DATED: 12/20/07

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____        OR
             DUSM

W. SAMUEL HAMRICK, JR.  Clerk

by _____
       Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95                    ☆ U.S. GPO: 2003-581-774/70062