Neil R. Trop
Law Offices of Neil R. Trop
1991 Village Park Way, Ste. 160
Encinitas, CA 92024
(760) 634-1295
neiltroplaw@hotmail.com

FILED
2008 JAN 18 PM 1:24
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE BARBARA L. MAJOR)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GUILLERMO ESPINOSA DELAVARA,<br><br>Defendant. | Case No.: 07MJ2771<br><br>**ORDER TO EXONERATE BOND FOR MATERIAL WITNESS GLORIA ROLDAN-JACQUEZ AND TO DISBURSE FUNDS** |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the Material Witness Appearance Bond filed on behalf of Material Witness Gloria Roldan-Jacquez by the surety, Nicandro Jacquez, be exonerated. The $500.00 deposit being held in the Registry of the Court in the above entitled case on behalf of Material Witness Gloria Roldan-Jacquez is to be released to the surety, Nicandro Jacquez at 112 W. Juniper Street, Apt. A., Brea, CA 92821.

**IT IS SO ORDERED:**

DATE: 1/16/08            _Barbara L. Major_
                         MAGISTRATE JUDGE OF THE UNITED STATES
                         DISTRICT COURT