Neil R. Trop
Law Offices of Neil R. Trop
1991 Village Park Way, Ste. 160
Encinitas, CA  92024
(760) 634-1295
neiltroplaw@hotmail.com

FILED

2008 JAN 18  PM 1: 24

CLERK US DISTRICT COURT
SOUTHERN DISTRICT CF CALIFORNIA

BY_____DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE BARBARA L. MAJOR)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 07MJ2771 |
| Plaintiff, ) | **ORDER TO EXONERATE BOND FOR** |
| ) | **MATERIAL WITNESS JOSEFINA** |
| vs. ) | **CHICO-CABELLO AND TO** |
| ) | **DISBURSE FUNDS** |
| GUILLERMO ESPINOSA DELAVARA, ) | |
| Defendant. ) | |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the Material Witness Appearance Bond filed on behalf of Material Witness Josefina Chico-Cabello by the surety, Jesse Turner, be exonerated.  The $500.00 deposit being held in the Registry of the Court in the above entitled case on behalf of Material Witness Josefina Chico-Cabello is to be released to the surety, Jesse Turner at 8600 Citrus Ave., Apt. 238, Fontana, CA  92335.

**IT IS SO ORDERED:**

DATE:_1/16/08_____

MAGISTRATE JUDGE OF THE UNITED STATES
DISTRICT COURT